# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**CASE NO.:**

**JACQUELINE MCCOLLIN,**

    **Plaintiff,**

v.

**MANDARICH LAW GROUP LLP,**

    **Defendant.**

_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on this date, Defendant Mandarich Law Group LLP, by and through its undersigned counsel, hereby removes the above-captioned matter to the United States District Court for the Southern District of Florida, Ft. Lauderdale Division, from the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida and in support thereof avers as follows:

1. Defendant Mandarich Law Group LLP is a defendant in a civil action originally filed on or about July 17, 2021, in the County Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, titled *Jacqueline McCollin v. Mandarich Law Group LLP* and docketed to Case No. COCE-21-040124.

2. This removal is timely under 28 U.S.C. § 1446(b) as Defendant received service of process on July 20, 2021.

3. Pursuant to 28 U.S.C. § 1446, attached hereto are copies of all process, pleadings and orders received by Defendant in the state court action.

5. The United States District Court for the Southern District of Florida, Ft. Lauderdale Division, has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against Defendant alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

6. On this date, Defendant provided notice of this Removal to counsel for Plaintiff and to the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

WHEREFORE, Defendant respectfully removes this case to the United States District Court for the Southern District of Florida.

**MESSER STRICKLER, LTD.**

By: */s/ John M. Marees, II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
*Counsel for Defendant*

Dated: August 17, 2021

## CERTIFICATE OF SERVICE

I certify that on August 17, 2021, a true copy of the foregoing document was served as follows:

*Via U.S. Mail Postage Prepaid:*
Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
Law Offices of Jibrael S. Hindi, PLLC
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com
*Counsel for Plaintiff*

**MESSER STRICKLER, LTD.**

By: */s/ John M. Marees, II*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
*Counsel for Defendant*

Dated: August 17, 2021