# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 21-61723-CIV-SMITH

JACQUELINE MCCOLLIN,

      Plaintiff,

v.

MANDARICH LAW GROUP LLP

      Defendant.

_____/

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*.  A review of the Amended Complaint [DE 14] indicates that Plaintiff's claims against Defendant are based, at least in part, on the Eleventh Circuit's decision in *Hunstein v. Preferred Collection & Management Services*, 994 F.3d 1341 (11th Cir. 2021).  On October 28, 2021, the Eleventh Circuit *sua sponte* vacated its prior decision and issued a new opinion in *Hunstein v. Preferred Collection & Management Services, Inc.,* 17 F.4th 1016 (11th Cir. 2021).  On November 17, 2021, the Eleventh Circuit *sua sponte* vacated the October 28, 2021 opinion and ordered that the case be reheard *en banc*.  *Hunstein v. Preferred Collection & Mgmt. Servs.,* 17 F.4th 1103 (11th Cir. 2021).  Accordingly, it is

**ORDERED** that, by **December 13, 2021**, the parties shall show cause why this case should not be stayed pending issuance of the Eleventh Circuit's decision after its *en banc* rehearing in *Hunstein*.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 6th day of December, 2021.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**